Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT

for the

Chula Vista District of San Diego

Division

17 DEC 11 PM 12:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY LC      DEPUTY

Veteran Students of Chula Vista (see attached)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wesley Braddock et al, Chula Vista Adult School

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.   **'17 CV 2477 MMA BGS**

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Veteran Students of Chula Vista Adult School (see attached) |
| Street Address | 1034 Fourth Ave |
| City and County | Chula Vista |
| State and Zip Code | CA 91911 |
| Telephone Number | (619) 796-7015 |
| E-mail Address | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Wes Braddock |
| Job or Title *(if known)* | Principal, Chula Vista Adult School |
| Street Address | 1034 Fourth Ave |
| City and County | Chula Vista |
| State and Zip Code | CA 91911 |
| Telephone Number | (619) 796-7015 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Athena Matos |
| Job or Title *(if known)* | Office Assistant |
| Street Address | 1034 Fourth Avenue |
| City and County | Chula Vista |
| State and Zip Code | CA 91911 |
| Telephone Number | (619) 796-7015 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Ryan Burke |
| Job or Title *(if known)* | Director of Adult Education |
| Street Address | 1034 Fourth Avenue |
| City and County | Chula Vista |
| State and Zip Code | CA 91911 |
| Telephone Number | (619) 796-7015 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Kevin Patrick |
| Job or Title *(if known)* | Principal, National CIty Adult School |
| Street Address | 517 Mile of Cars Way |
| City and County | National City |
| State and Zip Code | CA 91950 |
| Telephone Number | 619-336-9400 |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Code of Federal Regulations Section 21 4253(d) (1 and section 21.4254 (b).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Veteran Students of Chula Vista Adult, is incorporated under the laws of the State of *(name)* California,
    and has its principal place of business in the State of *(name)* Chula Vista.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Wes Braddock et al, Chula Vista, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* Chula Vista. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Abrupt announcement (two days before continuing students/ one week before regular students) of enrollment changes for military student veterans at the Chula Vista Adult School.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Tuesday, December 5, 2016 at 11:02:20 AM PST

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1). CVA(Chula Vista Adult) veteran students were told that the course Computer Application (VA approved for FALL2017 /SPRING 2018 classes) for current students will be cut in half (720 Hours to 360) and will be fraudulently recorded by CVA admin as "Completed" in the student's record (see attached email)

2). Veteran students of CVA were not furnished any "Proof of Issue" agreement (title 38 Approval Requirement) upon enrollment in July 2017. Abrupt announcement on December 5, 2017 resulted confusions, anxieties, and violations of student's legal rights.

3). A dubious manipulation of the current enrollment for School Year Spring 2018 (occurred on Thursday Dec 7, 2017) evidenced by the email response of the VA clerk and allegedly initiated by CVA/NCA (Chula Vista Adult/National City Adult) admin authorities, constitutes discriminatory actuations against all CVA/NCA students . An ethical violation might have been committed by perpetuators.

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Veterans with disabilities such as Parkinson's Disease, muscoskeletal injuries, Post-Traumatic Stress Disorder (PTSD), Anxiety, Depression, etc. who (CVA Veterans)have been applying for jobs for many years but would not fit-in the civilian workforce, or medical conditions are hindrance to the performance of the job description being applied or could not cope-up with the transition from military to civilian-life, and rely on the Basic Allowance for Housing (BAH) for subsistence might end up homeless, in financial catastrophe, and worst, suicidal tendencies. Getting displaced can cause depression, emotional stress, suffering and pain.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

"TEMPORARY INJUNCTION" of enrollment for Veteran Students of CVA for FALL 2018 from December 13 to January 1, 2018 until all parties are heard and court decisions are made.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address _____

I read and understand the petition of the Military veteran students of Chula Vista Adult School for an Injunction of Enrollment for School Year FALL 2018.

Signature:

| Name of Student | Phone Number | Email Address |
|---|---|---|
| BENJAMIN TACDERAR | 619-721-7422 | tacdene2002@yahoo |
| MELITON QUIAPO | 619-829-1782 | mel.quiapo@yahoo.com |
| MARVELO HIDALGO | 619-587-3430 | holevram@yahoo.com |
| FABIAN CORPUZ | 619-792-2876 | fabian.corpuz@yahoo.com |
| JAIME MAGNA | 619 591 9526 | 619P061MG@main.com |
| CORA AMES | 619-243-9323 | amescora@gmail.com |
| Grace Esar | 619 948 2643 | Goescis@yahoo.com |
| LEANDRO L. MATANGGA | 619-385-5993 | andylmatangga@yahoo.com |
| Nicomedes D. Sorico | 619-866-1266 | ncomedes.sorico@yahoo.com |
| Pilar Ragueno | 619-246-4633 | pilar_ragueno@yahoo.com |
| Jessie Paje | 619 207-9307 | jessie.paje@cox.net |
| LINDA D. REYNOLDS | 619-288-8144 | nengreynolds60@yahoo.com |
| FRANCISCO APIADO | 619-701-0086 | nasabahay717@gmail.com |
| Ruth Stoddard | (619) 200-7940 | JMFILOTEO@yahoo.com |
| MANNY FILOTEO | (619) 518 1978 | emilitar412@gmail |
| Elvin J. Milo | (619) 518 1978 | emilitar412@gmail |
| Sonia B Hernan | (619) 948-6086 | sobehercard@yahoo.com |
| RONALD ACERTO | (310) 953-7092 | tts15@yahoo.com |
| ALBERTO SOTALBO | 619-305-0385 | SOTALBOAL@yahoo.com |
| Filipina Navarro | (619) 306-8517 | ruokrudy@yahoo.com |
| VIRGILIO PINEDA | (619) 788-8937 | verpineda@cox.net |
| ROMEO LAGERA | (857) 775-9323 | romeolagera@yahoo.com |
| GLEN REGALA | (050) 375-2165 | GLREGALA@yahoo.com |
| JAIME VELASQUEZ | (619) 861-6136 | jim.vela@gmail.com |